UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>JAMES A. HOLYOKE    ) | CASE NO. 05-MJ-00024-LTS |

DEFENDANT'S MOTION FOR TRANSCRIPT
TO BE PAID UNDER THE CRIMINAL JUSTICE ACT

    Defendant, James A. Holyoke, requests that the Court authorize payment by the United States under the Criminal Justice Act for a transcript of the detention hearing held on June 27, 2005. In support of this motion, Mr. Holyoke states that the requested transcript is necessary for Mr. Holyoke to prepare his defense. Mr. Holyoke has previously been declared indigent and is without sufficient funds to pay for the requested transcript.

                                                         JAMES A. HOLYOKE
                                                         By his attorney,

                                                          / S /  Peter B. Krupp

Dated: June 28, 2005                        Peter B. Krupp
                                                         B.B.O. #548112
                                                           Lurie & Krupp, LLP
                                                          One McKinley Square
                                                          Boston, MA  02109
                                                          Tel:  617-367-1970