

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*          *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

August 8, 2005

Peter Krupp, Esquire
One McKinley Square
Boston, MA 02109

    Re:    <u>US v. Holyoke</u>
            05-MJ-0024-LTS

Dear Mr. Krupp:

    The government disagrees with your analysis of the Speedy Trial Act in this case.

    The docket in this case shows that the government moved for detention on June 17, 2005, and that multiple hearings on the issue of detention have been scheduled since that time.  Under 18 U.S.C. § 3161(h)(1)(F), "delay resulting from any pretrial motion from the filing of the motion to the conclusion of the hearing . . ." is excluded.  Given that the hearing as to detention has not yet been concluded, the time for indictment under the Speedy Trial Act has not yet begun to run.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

             By:    /s/ Nancy Rue
                    Nancy Rue
                    Assistant U.S. Attorney