# MEMORANDUM

**DATE:** 9/7/05

**TO:** Courtroom Clerk for Judge _Lindsay_

and Magistrate Judge _Sorokin_

**FROM:** Sheila A Diskes

**SUBJECT:** Assignment of New Indictment/Information (Superseding _____ )[1]

---

Please be advised that the following indictment/information returned or filed on 9/7/05 _____ has been assigned/referred to you.

Criminal No. _05-CR-10236_ U.S.A. v. _Holyoke_

____ This INDICTMENT/INFORMATION is SEALED. The original file and copies will be maintained under seal until requested or retrieved.

_✓_ This INDICTMENT/INFORMATION is not sealed. The original file will be forwarded to _Maria Simeone_ _____ upon completion of case opening. A copy of the indictment/information is attached for your information.

cc: AUSA _Nancy Rue_

(newindic.mem - 08/96)

---

[1] **Note:**

1. Please check defendant order if this case is superseding. The defendant order does not, and WILL NOT, be changed from that in the original case.

2. THERE IS NO AUTOMATIC REFERRAL TO A MAGISTRATE JUDGE REGARDING SUPERSEDING INDICTMENTS.

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: _____   Category No. __II__   Investigating Agency __DEA/FBI__

City __Boston__   Related Case Information:   05-CR-b236-RCL

County __Suffolk__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant __x__   New Defendant _____
Magistrate Judge Case Number   __05-MJ-0024-LTS__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __James A. Holyoke__   Juvenile  ☐ Yes  ☐ No

Alias Name __Ramond Kevorkian__

Address __none__

Birth date (Year only): __1981__ SSN (last 4 #): __1030__ Sex __m__ Race: __w__   Nationality: __USA__

Defense Counsel if known: __Peter B. Krupp, Esq.__   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Nancy Rue__   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: __6/17/05__

☐ Already in Federal Custody as _____ in _____

☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial

☒ On Pretrial Release:   Ordered by __Mag. Judge Sorokin__ on __8/8/05__

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____   Signature of AUSA: _____

≋JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    James A. Holyoke _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy To Distribute Methamphetamine | One |
| Set 2 | 21 USC 841(a)(1) | PWID Methamphetamine | Two |
| Set 3 | 21 USC 853 | Criminal Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JAMES A. HOLYOKE,<br><br>**Defendant.** | ) Criminal No. 05-CR-10236-RCL<br>)<br>) VIOLATIONS:<br>)<br>) 21 U.S.C. § 846 – Conspiracy to<br>) Distribute and Possess With Intent<br>) to Distribute Methamphetamine<br>)<br>) 21 U.S.C. § 841(a)(1) –<br>) Possession with Intent to Distribute<br>) Methamphetamine<br>)<br>) 18 U.S.C. § 2 – Aiding & Abetting<br>)<br>) 21 U.S.C. § 853 –<br>) Criminal Forfeiture Allegation |

## INDICTMENT

**COUNT ONE:**   (21 U.S.C. § 846 – Conspiracy To Distribute, And To Possess With Intent To Distribute, Methamphetamine)

The Grand Jury charges that:

In or about June 2005, at Boston, in the District of Massachusetts,

**JAMES A. HOLYOKE,**

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown to the Grand Jury, to distribute, and to possess with intent to distribute, methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this offense involved at least 50 grams of methamphetamine, a Schedule II controlled substance, and at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, its salts, isomers, and salts of its isomers. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(viii) applies to this Count.

All in violation of Title 21, United States Code, Section 846.

-3-

**COUNT TWO:**     (21 U.S.C. § 841(a)(1) – **Possession of Methamphetamine With Intent to Distribute; 18 U.S.C. § 2 – Aiding & Abetting**)

The Grand Jury further charges that:

On or about June 10, 2005, at Boston, in the District of Massachusetts,

**JAMES HOLYOKE,**

defendant herein, did knowingly and intentionally possess with intent to distribute, methamphetamine, a Schedule II controlled substance.

It is further alleged that this offense involved at least 50 grams of methamphetamine, a Schedule II controlled substance, and at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, its salts, isomers, and salts of its isomers. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(viii) applies to this Count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

The Grand Jury further charges that:

1.  As a result of the offenses alleged in Counts I and II of this Indictment, the defendant,

## JAMES A. HOLYOKE

shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

2.  If any of the property described in paragraph 1 above, as a result of any act or omission of the defendants,

    (a)  cannot be located upon the exercise of due diligence;

    (b)  has been transferred or sold to, or deposited with, a third party;

    (c)  has been placed beyond the jurisdiction of the Court;

    (d)  has been substantially diminished in value; or

    (e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of 21 U.S.C. § 853.

-4-

-5-

**A TRUE BILL,**

_____
FOREPERSON OF THE GRAND JURY

_____
Nancy Rue
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS        September 7, 2005

Returned into the District Court by the Grand Jury Foreperson and filed.

_____
Deputy Clerk
9/7/05   11:20 AM