# LURIE & KRUPP, LLP

ONE MCKINLEY SQUARE
BOSTON, MA 02109

PETER B. KRUPP
DAVID E. LURIE

SARA A. LAROCHE
THOMAS E. LENT

TEL: (617) 367-1970
FAX: (617) 367-1971

E-MAIL: pkrupp@luriekrupp.com

September 23, 2005

By CM/ECF

Nancy Rue
Assistant U.S. Attorney
J. Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

    Re:   United States v. James Holyoke,
            U.S.D.C. (D. Mass.) Criminal No. 05-10236-RCL

Dear Ms. Rue:

    Pursuant to Local Rule 116.1, please be advised that Mr. Holyoke will not file a waiver of automatic discovery. As a result, the government's automatic discovery required under the Local Rules is due within 14 days, that is by October 7, 2005. Thank you.

Very truly yours,

Peter B. Krupp

PBK:kag

cc:   Maria Simeone, Deputy Clerk (by CM/ECF)
       James Holyoke