UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 05-10236-RCL |
| ) | |
| **JAMES HOLYOKE** ) | |
| ) | |
| **Defendants.** ) | |

**MOTION TO**
**EXCLUDE TIME FROM 11/8/05 TO 1/23/06**

The United States, by and through its undersigned attorney, hereby moves the Court to exclude from the Speedy Trial Act calculations the time between November 8, 2005 and January 23, 2006. As grounds therefor, the government states that the parties agreed in open court that this time should be excluded in the interest of justice to allow defendant to review discovery materials.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Nancy Rue
Nancy Rue
Assistant U.S. Attorney
United States Courthouse
One Courthouse Way
Boston, MA 02210
617-748-3260