UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10236-RCL |
| | ) | |
| JAMES A. HOLYOKE | ) | |

DEFENDANT'S ASSENTED-TO MOTION
TO MODIFY RELEASE CONDITIONS

Under 18 U.S.C. § 3142(c)(3), defendant James A. Holyoke moves to modify his release conditions to permit him to move from the residential drug treatment program to a sober house, and to have contact with other people other than witnesses in this case. In support of this motion, Mr. Holyoke states as follows:

In August, 2005, the Court released Mr. Holyoke on conditions, including that Mr. Holyoke "be committed to the custody of the designated treatment facility until the facility recommends release and the court concurs." Mr. Holyoke was also "ordered to refrain directly or indirectly from any and all contact with any persons other than the defendants [sic] immediate family and attorney."

Since August, 2005, Mr. Holyoke has been residing at and participating in the Spectrum Residential Drug Treatment program in Westboro, Massachusetts. Mr. Holyoke has progressed dramatically in that treatment and is scheduled to complete treatment and graduate from that program on February 8, 2006.

Upon his graduation from Spectrum, Mr. Holyoke wishes to move to a sober house environment. Mr. Holyoke has been accepted to a sober house in Worcester, Massachusetts. At the sober house, which has been approved by Pretrial Services, Mr. Holyoke will have to get a job, will have to pay weekly to live at the sober house, and will continue to receive drug treatment, counseling and testing.

Accordingly, Mr. Holyoke requests the Court to amend his release conditions (a) to direct him to live at the sober house as designated by Pretrial Services and abide by the rules of that program, and (b) to modify the "no contact" provision to permit him to have contact with any persons, other than witnesses in this case.

All other conditions of Mr. Holyoke's release would remain in effect. Mr. Holyoke has complied satisfactorily with his conditions of release to date.

The government, by Assistant U.S. Attorney Nancy Rue, and Mr. Holyoke's supervising Pretrial Services Officer, Judith Oxford, both assent to this motion.

For these reasons, Mr. Holyoke requests the Court to modify his release conditions to permit him to move from the residential drug treatment program to the sober house designated by Pretrial Services on February 8, 2006, and to have contact with people other than witnesses in this case.

                      JAMES A. HOLYOKE
                      By his attorney,

                      / S /  Peter B. Krupp

Dated:  February 3, 2006        Peter B. Krupp
                       B.B.O. #548112
                      Lurie & Krupp, LLP
                      One McKinley Square
                      Boston, MA  02109
                      Tel:  617-367-1970

## CERTIFICATE OF SERVICE

I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants and to Pretrial Services on February 3, 2006.

                      / S /  Peter B. Krupp

                      Peter B. Krupp