UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 05-10236-RCL |
| ) | |
| JAMES A. HOLYOKE ) | |

DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE

    Defendant, James A. Holyoke, requests that the Court continue the scheduled Rule 11 proceeding from March 8, 2006 to a date at the Court's convenience on or after April 7, 2006. In support of this motion, Mr. Holyoke states that he is still in discussion with the government about resolving this case with a plea. The parties anticipate that an additional 30 days will be sufficient for them either to reach an agreement on a plea, or determine that they will not be able to reach such an agreement. The government, by Assistant U.S. Attorney Nancy Rue, assents to this motion. Mr. Holyoke agrees that the additional time occasioned by this motion may be excluded from the time to trial under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

                                                      JAMES A. HOLYOKE
                                                      By his attorney,

                                                      / S /  Peter B. Krupp

Dated: March 7, 2006                         Peter B. Krupp
                                                       B.B.O. #548112
                                                      Lurie & Krupp, LLP
                                                      One McKinley Square
                                                      Boston, MA 02109
                                                      Tel: 617-367-1970

CERTIFICATE OF SERVICE

    I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 7, 2006.

                                                      / S /  Peter B. Krupp

                                                      Peter B. Krupp