UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10236-RCL |
| ) | |
| JAMES HOLYOKE ) | |
| ) | |
| Defendants. ) | |

## MOTION TO CONTINUE RULE 11 HEARING

The United States, by and through its undersigned attorney, hereby moves the Court for a brief continuance of the Rule 11 hearing previously scheduled for April 4, 2006, and to exclude from the Speedy Trial Act calculations the time from April 4, 2006 to the new date.  As grounds therefor, the government notes that a superseding indictment was returned in another case involving this defendant, and the parties need time to determine whether resolution of both indictments is possible.  The parties have agreed that this time should be excluded in the interest of justice to allow defendant to review discovery materials.

The defendant has agreed to this motion.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                                By: /s/ Nancy Rue
                                    Nancy Rue
                                    Assistant U.S. Attorney
                                    United States Courthouse
                                    One Courthouse Way
                                    Boston, MA 02210
                                    617-748-3260

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

                                              /s/ Nancy Rue
                                              Nancy Rue
                                              Assistant United States Attorney