# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## PRETRIAL SERVICES

**JOHN R. RILEY**
CHIEF PRETRIAL SERVICES OFFICER
UNITED STATES COURTHOUSE
ONE COURTHOUSE WAY, SUITE 1-300
BOSTON, MA 02210
TEL: 617-748-9213
FAX: 617-748-4114

1550 MAIN STREET, RM 534
SPRINGFIELD, MA 01103
TEL: 413-785-0251
FAX: 413-785-0264

595 MAIN STREET, RM 401
WORCESTER, MA 01608
TEL: 508-929-9940
FAX: 508-929-9944

May 15, 2006

Honorable Reginald C. Lindsay
U.S. District Court Judge
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE:   HOLYOKE, James
      CR# 05-10236-RCL
      Release Status Letter

Dear Judge Lindsay:

This letter is provided to the Court as an status update of Mr. Holyoke's compliance with his pretrial release conditions. On June 17, 2006, Mr. Holyoke appeared before Magistrate Judge Leo T. Sorokin following a Complaint charging him with Conspiracy To Possess With Intent to Distribute Methamphetamine. He was initially detained and ordered to enter residential drug treatment when a bed became available at Spectrum Health Systems, Westboro, MA.

## TREATMENT PROGRESS

On August 8, 2006, Mr. Holyoke entered Spectrum Health Systems. He had remained detained for a two month period and had physically withdrawn from his methamphetamine use. From the onset, Mr. Holyoke demonstrated an enthusiasm for being in treatment. He participated fully with all requirements of treatment. Mr. Holyoke utilized individual counseling sessions to explore feelings of grief and to understand the role that drugs played in coping with negative and painful feelings. Mr. Holyoke engaged fully in the group process as well. He was verbal in group and quickly became a peer leader with newer clients. Mr. Holyoke began to make stronger connections with other peers that were considered to be motivated toward recovery. He was chosen as a peer coordinator which entailed monitoring his peers in their attendance at group and community Alcoholics and Narcotics Anonymous meetings. Mr. Holyoke attended 12 step meetings in the community and began to develop a strong support network within the Westboro

Honorable Reginald C. Lindsay                Page 2        May 15, 2006
U.S. District Court Judge
RE:    HOLYOKE, James

area. Mr. Holyoke decided to remain in the Worcester/Westboro area where he had formed a recovery network. He was allowed to search for sober housing. Mr. Holyoke graduated from Spectrum Health Systems on February 8, 2006.

## SPECTRUM GRADUATION

Mr. Holyoke graduated with several clients on February 8, 2006. The entire Spectrum community was present in addition to Mr. Holyoke's parents and brother. During a Spectrum graduation, clients and staff are able to verbalize their thoughts and feelings about the graduate. The response from the Spectrum community was that of a person considered as trustworthy, committed towards his recovery, a leader in the program and an individual who had helped many others that were new in the program. He was described as a strong role model and positive peer among the treatment community.

## CONTINUING CARE PLAN

Mr. Holyoke was interviewed by Mr. Dave McMahon, co-executive director of Dismas House, a sober house in Worcester. The Dismas House was initially set up to help men paroled from an incarceration to adjust to community living. Currently, it acts as a structured sober housing program and has accepted several graduates of the Spectrum program. Dismas House accepted Mr. Holyoke on February 8, 2006 immediately following his graduation ceremony at Spectrum. Mr. Holyoke intended to seek employment in the Worcester area, attend 12 step meetings and utilize sponsorship. Pretrial Services arranged for outpatient counseling and drug testing in Worcester.

Mr. Holyoke found employment at Dunkin Donuts in Worcester in March, 2006. However, on May 8, 2006, he began employment at Protocol Customer Service, 40 Foster Street, Worcester, MA. He has complied with Pretrial Services random drug testing program and all results have been negative. Mr. Holyoke attends Alcoholics and Narcotics Anonymous meetings in the community and continues to utilize sponsorship. He reports weekly to Pretrial Services and has provided his cell phone to be made himself available to Pretrial Services.

## CONDITIONS OF RELEASE

Magistrate Judge Sorokin amended Mr. Holyoke's conditions on February 6, 2006 to the following:
Reside at the Dismas House, 30 Richard Street, Worcester, MA. Comply with all rules of the program.
1. Travel restricted to MA
2. Report to Pretrial Services as directed
3. Refrain from all illegal drug use and all alcohol use
4. Submit to random drug testing as directed
5. Refrain from any contact with any persons that may be potential witnesses
6. Surrender Passport. Do not apply for new passport

6. Surrender Passport. Do not apply for new passport
7. Attend AA/NA meetings as directed.

State and Federal record checks indicate no new arrests or warrants. Mr. Holyoke remains in compliance with his release conditions. The above information is provided to Your Honor for consideration at the Rule 11 hearing.

Respectfully,

*Judith Oxford*

Judith Oxford
Drug/Alcohol Treatment Specialist

JAO
cc: Nancy Rue, AUSA
    Peter Krupp, Esq.\