

# MEMORANDUM

| | |
|---|---|
| **To:** | Honorable Reginald C. Lindsay, U.S. District Judge |
| **CC:** | Honorable George A. O'Toole, U.S. District Judge |
| **CC:** | Honorable Leo T. Sorokin, U.S. Magistrate Judge |
| **From:** | Judith Oxford, Drug/Alcohol Treatment Specialist |
| **Re:** | HOLYOKE, James |
| | CR# 05-10236-01 RCL |
| | CR# 05-10037-02 GAO |
| **Date:** | June 15, 2006 |

This memorandum is provided to advise the Court that the defendant has violated his conditions of release. On February 3, 2006, U.S. Magistrate Judge Leo T. Sorokin amended Mr. Holyoke's conditions to (a) *to direct him to live at the sober house as designated by Pretrial services and abide by the rules of that program.* Mr. Holyoke's whereabouts are unknown at this time.

<u>FACTS SUPPORTING THE REQUEST</u>

On June 14, 2006, Pretrial Services received a message from David McMahon, Director of Dismas House. Mr. McMahon indicated that Mr. Holyoke requested and received a weekend pass, leaving Saturday, June 10, 2006 and returning on Sunday, June 11, 2006. All residents of Dismas House are required to attend the house meeting on Mondays at 7 pm. Prior to this meeting, Mr. Holyoke contacted Mr. McMahon and requested permission to miss the meeting. Mr. Holyoke indicated that he had a family emergency. He was granted permission.

Mr. Holyoke has not returned to the Dismas House his whereabouts are unknown. Mr. McMahon notified Pretrial Services that Mr. Holyoke is officially discharged from their program. Pretrial Services attempted to contact Mr. Holyoke via his cell phone on June 14, 2006, after learning of his missing status from Dismas House. Pretrial Services received no response.

Honorable Reginald C. Lindsay, U.S. District Judge

For the above reasons, Pretrial Services requests a warrant be issued.

JAO

cc:     Nancy Rue, AUSA


Reviewed by: _____

Basil Cronin, Supervising
Pretrial Services Officer

PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

vs.

James Holyoke                               Docket No.    Cr#05-10236-RCL
                                                          Cr#05-10037-GAO

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

The undersigned Pretrial Services Officer presents this report regarding defendant James Holyoke, who was released on bail by the Honorable Leo T. Sorokin, on August 8, 2005 under the following conditions:

1. Surrender any passport.
2. Obtain no passport.
3. Avoid all contact with victims and witnesses.
4. Refrain from possessing a firearm, destructive devices and other dangerous weapons.
5. Refrain from any use of alcohol.
6. Refrain from use/possession of illegal drugs and controlled substances.
7. Submit to any method of drug testing as directed by Pretrial Services.
8. Participate in a program of in-patient.
9. Refrain from obstructing or attempting to obstruct any method of drug testing.
10. Report any contact with law enforcement within 24 hours.
11. Defendant is to be committed to the custody of the designated treatment facility and comply with all rules and regulations.
12. Defendant is ordered to refrain directly or indirectly from any and all contact with any persons that are not either the defendant's immediate family or attorney

The conditions were amended on February 3, 2006 with the following:

1). Beginning 2/8/6, at the sober house designated by PSA and abide by all rules of the program.
2). No contact with witnesses in this case.

And respectfully seeks action by the Court for violations that include:

    (Please refer to attached violation memorandum)

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

__X__ Issue a Warrant

____ Issue a Summons for the defendant to appear for a show cause hearing

____ Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2006  Place  Boston, Massachusetts

_\[signature\]_ Date 6/15/06

U.S. Pretrial Services Officer

### ORDER OF COURT

____ Warrant to Issue

____ Summons to issue. Clerk to schedule show cause hearing.

____ Other:

Considered and ordered this _____ day of _____, 20____, and ordered filed and made part of the record in the above case.

_____
Judicial Officer