AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JAMES HOLYOKE

**WARRANT FOR ARREST**

Case Number: 05-10236-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  James Holoyke
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Violation Notice

charging him or her with  (brief description of offense)
violation of conditions of pretrial release.

in violation of Title _____ United States Code, Section(s) _____

Reginald C. Lindsay
Name of Issuing Officer

U.S. District Judge
Title of Issuing Officer

Signature of Issuing Officer

6/15/2006              Boston, MA
Date                   Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |