# LURIE & KRUPP, LLP

ONE MCKINLEY SQUARE
BOSTON, MA 02109

PETER B. KRUPP
DAVID E. LURIE

KAREN E. FRIEDMAN
SARA A. LAROCHE
THOMAS E. LENT

TEL: (617) 367-1970
FAX: (617) 367-1971

E-MAIL: pkrupp@luriekrupp.com

June 29, 2006

By Hand

The Honorable Leo T. Sorokin
United States Magistrate Judge
United States District Court
J. Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

      Re:    United States v. James Holyoke,
                 Criminal No. 05-10236-RCL

Dear Magistrate Judge Sorokin:

      At the hearing on June 27, 2006, you asked Pretrial Services ("PTS") to determine the availability of institutional transitional housing in Worcester for Mr. Holyoke, including through Spectrum Health System, from which Mr. Holyoke could explore admission to one of the sober houses in Worcester.  You also invited counsel, if they wished, to provide you with any other relevant information about available programs in Worcester.

      Basil Cronin, the PTS supervisor covering the hearing on June 27, told me yesterday that he had asked PTS officer Judith Oxford to follow-up on the Court's request.  It is my understanding that Ms. Oxford is in D.C. for a conference this week.  In an effort to move this along as quickly as possible, I have made a number of contacts in Worcester, which are outlined below.  I did not try to do a comprehensive survey of all available programs.  Although there are obviously many programs and resources in Worcester that I did not have an opportunity to explore, the upshot of my calls is that (i) **structured transitional housing would be available at Spectrum on referral from this Court**, and (ii) **there are a number of viable sober house options in Worcester that would be suitable for Mr. Holyoke if he can explore them from the transitional setting.**

      Spectrum Health Services (www.spectrumhealthsystems.org).  I spoke to Michael Stewart (800-366-7732, ext. 2128), the administrator for the Spectrum programs on the Westborough campus, including the Transitional Support Services ("TSS") program.  Mr. Stewart told me that the TSS program would definitely take a direct referral of a person from the

**LURIE & KRUPP, LLP**

The Honorable Leo T. Sorokin
United States Magistrate Judge
United States District Court
June 29, 2006
Page 2

federal court under its contract with U.S. Pretrial Services and U.S. Probation. TSS is a program for people who need a short-term transition from a detox or other comparable program, to further stabilize clients and prepare them for the next phase of recovery. The length of stay in the TSS program is generally two to four weeks, depending on the aftercare goals of the client.

Jeremiah's Inn (www.jeremiahsinn.com). I spoke to Rahim Al-Kaleem (508-755-6403), a case manager at Jeremiah's Inn. He said that they run a number of programs, and often take clients from a direct referral or placement from the TSS program. At the sober house program at Jeremiah's Inn, a client is provided with considerable structure and is not able to work for the first 30 days, but then is able to go back to work. Admission to Jeremiah's Inn would require an application and interview.

Henry Lee Willis Center (www.williscenter.org). I spoke to Rosemarie Terrio (work cell: 508-612-2790), program manager for the Willis Center. She said that the Willis Center has two post-detox, sober houses, with a third opening in early August. For admission to one of those programs, a person must provide an application and a recent psychological evaluation (usually from the person's last or transitional program), must be interviewed, and must have been clean for 30 days prior to admission. The Willis Center also runs The Tides program, which is a program of up to 90 days which offers a transition to sober living. In The Tides program, a client also cannot work for the first 30 days.

I generally described Mr. Holyoke's current legal status, his history of treatment and his recent relapse to each of the people with whom I spoke. All of them expressed that, subject to the application and interview process, Mr. Holyoke sounded like a good candidate for their respective programs.

Very truly yours,

Peter B. Krupp

PBK:kag

cc:  Basil F. Cronin, Supervising Pretrial Services Officer (by hand)
Judith A. Oxford, Pretrial Services Officer (by hand)
AUSA Nancy Rue (by hand)
James A. Holyoke