✎AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

**v.**                                                      **APPEARANCE**

JAMES A. HOLYOKE,

        Defendant.                                   Case Number:  05-CR-10236-RCL

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for     the United States of America.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 11, 2007 | /s/ Nathaniel R. Mendell |
| Date | Signature |
| | Nathaniel R. Mendell      645283 |
| | Print Name                   Bar Number |
| | 1 Courthouse Way, Suite 9200 |
| | Address |
| | Boston        MA    02210 |
| | City            State         Zip Code |
| | (617) 748-3304     (617) 748-3965 |
| | Phone Number             Fax Number |